**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MATTHEM JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 12-1038-DRH-SCW |
| ) | |
| DR. ALFONSO DAVID, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO DISMISS WITHOUT PREJUDICE**

NOW COME the Plaintiffs, by and through their attorneys, Patchett Law Office, and moves to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41 without prejudice the afore numbered cause of action.

WHEREFORE, Plaintiffs request that Case No. 12-1038-DRH-SCW be dismissed without prejudice.

Respectfully submitted,
s/John R. (Randy) Patchett
Patchett Law Office
104 West Calvert
P.O. Box 1176
Marion, IL 62959
Phone: 618-997-1984
Fax:   618-998-1495
E-Mail: patchettlawoffice@ll.net
ARDC No. 02151677

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2014, I electronically filed **Motion to Dismiss Without Prejudice** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Jason K. Winslow / Jeffrey R. Glass
    Hinshaw & Culbertson, LLP
    521 West Main Street, Suite 300
    P.O. Box 509
    Belleville, IL 62222-0905

                                                Respectfully submitted,
                                               s/John R. (Randy) Patchett
                                               Patchett Law Office
                                               104 West Calvert
                                               P.O. Box 1176
                                               Marion, IL 62959
                                               Phone: 618-997-1984
                                               Fax:   618-998-1495
                                               E-Mail: patchettlawoffice@ll.net
                                               ARDC No. 02151677